IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HENRY RAY CAMPBELL, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-CV-00360-MTT |
| | * |
| ADVANCED CORE CONCEPTS LLC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 9, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of April, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk