# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **HENRY RAY CAMPBELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 5:20-CV-00360-MTT |
| v. | ) |
| | ) |
| **ADVANCE CORE CONCEPTS, LLC,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

COMES NOW Plaintiff, Henry Ray Campbell, and pursuant to 28 U.S.C. 1291, hereby appeals to the Eleventh Circuit Court of Appeals from the April 9, 2021 Order granting Defendant's Motion To Dismiss in favor of Defendant and the April 9, 2021 Judgment in favor of Defendant.

Respectfully submitted this 9th day of May 2021.

s/ Henry Ray Campbell
Henry Ray Campbell
3239 Moseley Rd
Byron, GA 31008
478-972-9726
Ray.Campbell@outlook.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing PLAINTIFF's NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will send an electronic notice of this document to all counsel of record.

This 9th day of May 2021.

    s/ Henry Ray Campbell
    Henry Ray Campbell
    3239 Moseley Rd
    Byron, GA 31008
    478-972-9726
    Ray.Campbell@outlook.com