In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11648

_____

HENRY RAY CAMPBELL,

                                                    Plaintiff-Appellant,

*versus*

ADVANCED CORE CONCEPTS LLC,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:20-cv-00360-MTT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 4, 2022

For the Court: DAVID J. SMITH, Clerk of Court